Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  18−12102−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John W Miller
   1020 Mermaid Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx−xx−8301

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/29/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 29, 2018
JAN: slf

                                                                              Jeanne Naughton
                                                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 18-12102-MBK
John W Miller                                                            Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2         Date Rcvd: Aug 29, 2018
                               Form ID: 148                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db             +John W Miller,    1020 Mermaid Avenue,    Beachwood, NJ 08722-4512
cr             +CIT Bank, N.A., c/o LoanCare,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
intp            State of New Jersey,    Dept of Human Services,    Division of Family Development,    PO Box 716,
                 Trenton, NJ 08625-0716
517313034      +Beachwood Water Department,    1600 Pinewald Road,    Beachwood, NJ 08722-3007
517313035      +Borough of Beachwood Water Dept.,    1600 Pinewald Road,    Beachwood, NJ 08722-3007
517313036       Citi Bank,    PO Box 4045,   Kalamazoo, MI 49003-4045
517313037      +Citi Bank,    c/o Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,
                 Mount Laurel, NJ 08054-4318
517313038       Coral Resorts LLC,    1012C The Grey Bldg Hwy,    Hilton Head Island, SC 29928
517313040       Enterprise Rent-A-Car,    Attn: Accts Receivable,    4900 Route 33, Ste 201,
                 Neptune, NJ 07753-6826
517313042     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
                (address filed with court: Jersey Central Power & Light,     PO BOX 3687,   Akron, OH 44309-3687)
517399555      +Jersey Central Power Light,    101 Crawfords Corner Rd,    Bldg # 1 Ste 1-511,
                 Holmdel, NJ 07733-1976
517313043       Julienne N. Miller,    c/o NJ Family Support Services Center,    PO Box 5313,
                 Trenton, NJ 08638-0313
517313048       State of New Jersey Dept of Labor,    and Workforce Development,    PO Box 951,
                 Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2018 23:30:35      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2018 23:30:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517313033       EDI: CINGMIDLAND.COM Aug 30 2018 03:08:00      AT&T,   PO Box 10330,    Fort Wayne, IN 46851-0330
517313039       EDI: CCS.COM Aug 30 2018 03:08:00      Credit Collection Service,    PO Box 9134,
                 Needham, MA 02494-9134
517313041       EDI: AMINFOFP.COM Aug 30 2018 03:08:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517313044       EDI: RMCB.COM Aug 30 2018 03:08:00      New Jersey EZ Pass,    c/o RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
517405444      +EDI: JEFFERSONCAP.COM Aug 30 2018 03:08:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517313045       EDI: CCS.COM Aug 30 2018 03:08:00      Progressive Garden State Insurance Co.,
                 c/o Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
517313046       EDI: CCS.COM Aug 30 2018 03:08:00      Progressive Insurance Company,
                 c/o Credit Collection Service,    PO Box 9134,    Needham, MA 02494-9134
517313047      +E-mail/Text: bankruptcy@savit.com Aug 29 2018 23:31:26      Seaview Ortho Medical Assoc.,
                 c/o SAVIT Collection,    PO Box 250,   East Brunswick, NJ 08816-0250
517427368       EDI: AIS.COM Aug 30 2018 03:08:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
517313049       EDI: VERIZONCOMB.COM Aug 30 2018 03:03:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
517430714      +EDI: AIS.COM Aug 30 2018 03:08:00      Verizon by American InfoSource LP,    4515 N Santa Fe Ave,
                 Oklahoma City OK 73118-7901
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 29, 2018
                              Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:

```
          Albert    Russo     docs@russotrustee.com
          Eric    Clayman     on behalf of Debtor John W Miller jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins     on behalf of Debtor John W Miller jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Rebecca Ann Solarz     on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB rsolarz@kmllawgroup.com
          Robert P. Saltzman     on behalf of Creditor    CIT Bank, N.A., c/o LoanCare dnj@pbslaw.org
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```